# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bloom, Lois S. | United States District Court, Eastern District of New York | 05/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Brooklyn, New York 11201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Lois S. | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Lois S. | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Lois S. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | American Funds Income Fund of America (a) | B | Dividend | K | T | | | | | |
| 2. | Pfizer | B | Dividend | K | T | | | | | |
| 3. | Citibank Accounts | A | Interest | M | T | | | | | |
| 4. | Chase Accounts | A | Interest | M | T | | | | | |
| 5. | Fidelity SEP IRA (H) | | | | | | | | | |
| 6. | Fidelity International Disc | A | Dividend | K | T | | | | | |
| 7. | Fidelity International Disc | | | | | Buy (add'l) | 09/09/20 | J | | |
| 8. | Fidelity International Disc | | | | | Buy (add'l) | 09/22/20 | J | | |
| 9. | Fidelity International Disc | | | | | Buy (add'l) | 10/06/20 | J | | |
| 10. | Int'l Index Premium Class | | None | | | Sold | | J | | |
| 11. | 500 Index Premium Class | B | Dividend | L | T | | | | | |
| 12. | 500 Index Premium Class | | | | | Buy (add'l) | 09/09/20 | J | | |
| 13. | 500 Index Premium Class | | | | | Buy (add'l) | 09/22/20 | J | | |
| 14. | Fidelity Contrafund | | None | M | T | | | | | |
| 15. | Fidelity Contrafund | | | | | Buy (add'l) | 06/12/20 | K | | |
| 16. | Fidelity Contrafund | | | | | Buy (add'l) | 09/24/20 | J | | |
| 17. | Fidelity Puritan | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bloom, Lois S.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Puritan | | | | | Buy (add'l) | 06/28/20 | K | | |
| 19. Fidelity Puritan | | | | | Buy (add'l) | 09/24/20 | J | | |
| 20. Fidelity Balanced | | | | | Sold | 04/13/20 | J | | |
| 21. Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 22. Fidelity Trend | A | Dividend | K | T | Buy | 09/08/20 | K | | |
| 23. Int'l Cap Appreciation | A | Dividend | J | T | Buy | 09/08/20 | J | | |
| 24. Fidelity Investment Grade Bond Fund | A | Dividend | K | T | Buy | 07/20/20 | K | | |
| 25. Charles Schwab Bank Deposit Accts. | A | Interest | J | T | | | | | |
| 26. Activision Blizzard | A | Dividend | | | Sold | 07/22/20 | K | | |
| 27. Comcast | A | Dividend | | | Sold | 07/22/20 | K | | |
| 28. Blackstone Mortgage TR | A | Dividend | | | Sold | 07/22/20 | J | | |
| 29. Invesco S&P Global Water (formerly Guggenheim CGW) | | None | | | Sold | 07/22/20 | J | | |
| 30. JP Morgan Chase & Co. | A | Dividend | | | Sold | 07/22/20 | J | | |
| 31. Kinder Morgan Inc. | A | Dividend | | | Sold | 07/22/20 | J | | |
| 32. Novartis | | None | | | Sold | 07/22/20 | J | | |
| 33. Paypal Holdings Incorporated | | None | | | Sold | 07/22/20 | K | | |
| 34. Schwab International Small | | None | | | Sold | 07/22/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Lois S. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. SPDR Index Shares Fund | A | Dividend | | | Sold | 07/22/20 | J | | |
| 36. Starwood PPTY | A | Dividend | | | Sold | 07/22/20 | K | | |
| 37. TJX Cos Inc. | | None | | | Sold | 07/22/20 | K | | |
| 38. Ventas Inc. | A | Dividend | | | Sold | 07/22/20 | J | | |
| 39. BP PLC | | None | | | Buy | 03/05/20 | J | | |
| 40. BP PLC | A | Dividend | | | Sold | 07/22/20 | J | | |
| 41. Shake Shack | | None | | | Buy | 02/21/20 | J | | |
| 42. Shake Shack | | None | | | Sold | 07/22/20 | J | | |
| 43. ISHARES CORE MSCI: IEMG | A | Dividend | K | T | Buy | 07/30/20 | K | | |
| 44. ISHARES CORE MSCI: IEMG | | | | | Sold<br>(part) | 08/03/20 | K | | |
| 45. Schwab Government Money Fund Investor Shares: SNVXX | A | Dividend | J | T | Buy | 02/20/20 | J | | |
| 46. Schwab Government Money Fund Investor Shares: SNVXX | | | | | Sold<br>(part) | 03/10/20 | J | | |
| 47. ISHARES RUSSELL 2000: IWM | A | Dividend | K | T | Buy | 07/30/20 | K | | |
| 48. ISHARES RUSSELL 2000: IWM | | | | | Sold<br>(part) | 08/03/20 | K | | |
| 49. Schwab International: SCHF | A | Dividend | K | T | Buy | 07/30/20 | K | | |
| 50. Schwab International: SCHF | | | | | Sold<br>(part) | 11/24/20 | J | | |
| 51. Scwab US large cap: SCHG | A | Dividend | K | T | Buy | 07/30/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Lois S. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Schwab US large cap: SCHG | | | | | Sold<br>(part) | 08/07/20 | J | | |
| 53. Schwab US large cap: SCHV | A | Dividend | J | T | Buy | 08/07/20 | J | | |
| 54. SPDR S&P Biotech ETF IV:XBI | A | Dividend | K | T | Buy | 07/30/20 | K | | |
| 55. SPDR S&P Biotech ETF IV:XBI | | | | | Sold<br>(part) | 08/03/20 | K | | |
| 56. Vanguard Mid Cap Growth: VOT | | None | | | Buy | 07/30/20 | K | | |
| 57. Vanguard Mid Cap Growth: VOT | | | | | Sold | 08/03/20 | K | | |
| 58. Vanguard Total Bond: BND | | None | J | T | Buy | 07/31/20 | J | | |
| 59. Vanguard Total Bond: BND | A | Dividend | | | Buy<br>(add'l) | 08/03/20 | K | | |
| 60. Vanguard Total Internatl: BNDX | A | Dividend | K | T | Buy | 07/30/20 | K | | |
| 61. Vanguard Total Stock: VTI | A | Dividend | K | T | Buy | 07/30/20 | K | | |
| 62. Vanguard Total Stock: VTI | | | | | Buy<br>(add'l) | 08/03/20 | K | | |
| 63. Vanguard Total Stock: VTI | | | | | Sold<br>(part) | 11/24/20 | J | | |
| 64. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Lois S. | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, I list Fidelity Int'l Premium Class which was sold on 10/11/19, but had been listed as still owned at year's end on last year's report. I believe I confused Int'l Index Premium Class with 500 Index Premium Class on last year's report. (On last year's report, 500 Index Premium Class was listed as sold on 10/11/19 but was not.) I also list Activision Blizzard on this year's report which was inadvertantly listed as sold on last year's report, but was only sold in part. This year it was sold on 7/22/20.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lois S. Bloom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544